In the Matter of MICHAEL A. Z. SHABAZZ, Also Known

as MICHAEL HURLEY, Petitioner, v ROBERT A. CONTIGUGLIA, as Acting County Court Judge of Cayuga County, et al., Respondents.—Petition unanimously dismissed as moot. (Original art 78 proceeding.) Present—Dillon, P. J., Doerr, Pine, Balio and Lawton, JJ.